BRUCE BOTHWELL, ESQ. #94790
brucebothwell@yahoo.com
LAW OFFICES OF BRUCE BOTHWELL
One World Trade Center, Suite 1860
Long Beach, California  90831-1860
Telephone:  (562) 435-0818
Facsimile:  (562) 435-0878

BRIAN SCIACCA, ESQ. #235045
brian@champlinandsciacca.com
CHAMPLIN & SCIACCA LLP
34052 La Plaza, Suite 206
Dana Point, CA 92629
Telephone: (949) 371-9788
Facsimile: (888) 775-4077

JS - 6

Attorneys for Defendant C.K. and Counterclaimants A.Ki and J.Kw individually and on behalf of their minor son, C.K.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE UNIFIED SCHOOL DISTRICT<br><br>Plaintiffs,<br><br>vs.<br><br>C.K., a minor, by and through his parents, A.Ki and J.Kw,<br><br>Defendant. | CASE NO.: SACV 11-01253 JVS (MLGx)<br><br>**JUDGMENT**<br><br>Judge: Honorable James V. Selna<br><br>Amended Complaint Filed: 8-29-11<br>Counterclaim Filed: 9-14-11 |
| A.Ki and J.Kw individually and on behalf of their minor son, C.K.<br><br>Counterclaimants,<br><br>vs.<br><br>ORANGE UNIFIED SCHOOL DISTRICT,<br><br>Counterdefendant. | |

[PROPOSED] JUDGMENT

Having previously affirmed the Decision of the Office of Administrative Hearings by Order entered June 8, 2012, which included reimbursement for privately funded educational expenses in the sum of $20,214.00, the Court now orders an award of attorney fees and costs for Defendants and Counterclaimants in the sum of $153,718.08.

**IT IS ORDERED AND ADJUDGED** that Judgment be entered in favor of Defendants and Counterclaimants C.K., a minor, by and through his parents A.Ki and J.Kw. and against Plaintiff and Counterdefendant Orange Unified School District in the total sum of $173,932.08.

Date:   August 20, 2012

Honorable JAMES V. SELNA
United States District Court Judge